IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HANNA J. WILLIAMS,<br><br>Defendant. | **8:24–CR–99**<br><br>**ORDER ON GOVERNMENT'S MOTION TO EXTEND** |

This matter is before the Court on the Government's Motion to Extend. Filing 38. The defendant filed a Motion to Vacate under 28 U.S.C. [§] 2255, Filing 36, which the Court previously reviewed pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, Filing 37. The Court dismissed Grounds III and IV of the defendant's Motion and ordered the Government to respond to the defendant's remaining grounds no later than August 22, 2025. Filing 37 at 3. The Government seeks an extension of its deadline to file a response to the defendant's Motion. Filing 38. The Court concludes that there is good cause in this case to grant the Government's Motion for Extension. Accordingly,

IT IS ORDERED:

1. The Government's Motion to Extend, Filing 38, is granted; and

2. The Government shall respond to the defendant's Motion no later than September 19, 2025.

Dated this 2nd day of September, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge

1