IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

HANNA J. WILLIAMS,

Defendant.

8:24CR99

ORDER

IT IS ORDERED that an evidentiary hearing regarding Defendant's "Motion to Vacate, Set Aside, or Correct Sentence Pursuant to Title 28 U.S.C. § 2255" (Filing No. 36) is scheduled before the undersigned in Courtroom No. 6, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 29, 2026, at 9:30 a.m. Since this is a criminal case, the defendant shall be present, unless excused by the Court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing. The U.S. Marshal's Office is directed to return the defendant to this district for the above hearing.

Dated this 13th day of May, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge