IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:24CR99** |
| vs. | |
| HANNA J. WILLIAMS, | **ORDER** |
| Defendant. | |

**WEBEX CASE CONFERENCE INSTRUCTIONS**

**IT IS ORDERED:**

1. The telephone conference with counsel and the defendant regarding the (Filing No. 63) Motion to Withdraw Document (Filing No. 36) will be held on **June 29, 2026**, **at 9:30 a.m., (Central Time),** before the undersigned magistrate judge.

2. Defendant, defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

    Dial 1-855-244-8681

    Enter the access code **2306 152 3145**, then hit the # key.

Dated this 1st day of June, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge