IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HANNA J. WILLIAMS,<br><br>    Defendant. | **8:24-CR-99**<br><br><br>**ORDER** |

This matter is before the Court on petitioner Hanna J. Williams's *pro se* Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, asserting four ineffective assistance of counsel claims. Filing 36. In prior orders, the Court denied Grounds Two, Three, and Four of Williams's motion and referred Ground One to United States Magistrate Judge Michael D. Nelson for an evidentiary hearing. Filing 37; Filing 52. In Ground One, Williams alleges that her former counsel failed to file an appeal despite Williams's request for one. Filing 36 at 4. In anticipation of the evidentiary hearing on Ground One, Williams was appointed new counsel. On May 27, 2026, Williams—through her new counsel—filed a Motion to Withdraw Motion Under § 2255 to Vacate. Filing 63. That motion explains that Williams "hereby withdraws her Motion Under § 2255 to Vacate or Correct." Filing 63 at 1. On June 29, 2026, Judge Nelson held a hearing on Williams's Motion to Withdraw. Williams was given an opportunity to be present by telephone, but she declined. Filing 66 (Text Minute Entry). Judge Nelson found that Williams, through her counsel, had voluntarily, knowingly, and intelligently waived and withdrawn her Motion to Vacate, Set

Aside, or Correct Sentence under 28 U.S.C. § 2255 with regard to Ground One. Filing 66; Filing 67 (Audio File). Judge Nelson granted Williams's Motion to Withdraw. Filing 66

Given that Ground One was the only remaining ground in Williams's § 2255 motion and it has now been withdrawn, the Court dismisses Williams's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in full. No appeal may be taken on a § 2255 motion to vacate unless a judge issues a certificate of appealability, which requires the appellant to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(1)–(2). To make "a substantial showing of the denial of a constitutional right" after the district court denies a constitutional claim on the merits, "[t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). When a petition is denied on procedural grounds, a petitioner is entitled to a certificate of appealability if the petitioner "shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Id.* Reasonable jurists would not find the Court's decisions debatable in this case. Therefore, the Court will not issue a certificate of appealability. Accordingly,

IT IS ORDERED:

1. Hanna J. Williams's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, Filing 36, is denied in full given that it has been withdrawn; and

2. The Court will not issue a certificate of appealability.

Dated this 15th day of July, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge